SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
DIMOPOULOS INJURY LAW
400 S. 7th Street, Suite 400
Las Vegas, Nevada 89101
O: (702) 800-6000
F: (702) 224-2114
sam@stevedimopoulos.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAREN MARIE MURRAY, individually, | CASE NO.:  2:26-cv-01067-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONDUCT NRCP 35 EXAMINATION** |
| KENNETH LEROY PURCELL, individually; UBER TECHNOLOGIES, a Foreign Corporation; RAISER, LLC, a Foreign limited liability company; DOES INDIVIDUALS I-XX, inclusive; and ROE BUSINESS ENTITIES IXX, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Plaintiff, KAREN MARIE MARRAY and Defendant, KENNETH LEROY PURCELL, by and through their respective counsel of record, that Plaintiff, KAREN MARIE MURRAY (hereinafter "Plaintiff"), agrees to be examined, pursuant to NRCP 35, by Holman Chan, M.D. on July 15, 2026, at 7:30 a.m., with the following parameters:

1. The date and time shall be coordinated with Plaintiff's office. Notice of the examination shall be provided at least 21 days before the date of the examination.

2. Plaintiff may take notes during the examination.

3. No invasive procedures are allowed.

4. If the examining physician is of the opposite sex as the Plaintiff, a nurse shall be required to be in the room at all times during the examination.

Page 1 of 4

5.   All intake or similar documents which are to be completed by Plaintiff will be provided to Plaintiff's counsel at least 5 business days prior to the date of examination, and Plaintiff will bring the completed documents to the examination.

6.   Liability questions will not be asked by the examining physician or any agent or representative of the examining physician. Questions regarding the mechanism of injury may be asked.

7.   No x-rays, radiographs, MRIs, CT scans, PET scans or other medical imaging will be obtained during the examination.

8.   If the examining physician subjects the Plaintiff to physically painful or intrusive procedures, Plaintiff may terminate the examination and contact his counsel.

9.   The examining physician and his staff will not engage in ex parte contact with Plaintiff's treating healthcare providers.

10. Defendant shall forward a copy of the examination report to Plaintiff's counsel within thirty (30) days of the examination.

11. The examining physician, and any other medical professional associated with the examination, will not speak with or attempt to engage any family member or friend who may accompany the Plaintiff to the examination. However, this provision does not exclude pleasantries and common greetings.

12. The Rule 35 Exam will start within 30 minutes of the scheduled start time and will last no longer than 90 minutes.

13. The Rule 35 Exam is limited to those conditions Plaintiff has placed into controversy as documented by Plaintiff's treating physicians.  The examiner will not provide any psychological opinions, including those regarding secondary gain, malingering, or Plaintiff's motivations for treatment.

14. Plaintiff will wear loose clothing to allow the examiner to fairly examine the Plaintiff. At no time will Plaintiff be required to change clothing.

DIMOPOULOS
INJURY LAW

15. The examining physician will retain all handwritten notes, e-mails sent and received, and all documents generated or received, including draft reports, related to this examination.

16. The examining physician shall not discuss with Plaintiff his/her opinions regarding Plaintiff's medical treatment or his/her review of any films or film reports reviewed by the physician.

17. The above parameters will be memorialized in a Stipulation and Order to be presented to the Court.

18. Defense counsel will provide the examining physician with a copy of the Stipulation and Order prior to the Rule 35 Exam.

DATED this 25th day of June, 2026.

**DIMOPOULOS INJURY LAW**

/s/ Samantha A. Martin

SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12298
400 S. 7th Street, Suite 400
Las Vegas, NV 89101
*Attorney for Plaintiff*

DATED this 25th day of June, 2026.

**BREMER WHYTE BROWN & O'MEARA, LLP**

/s/ Iva K. Todorova

IVA K. TODOROVA, ESQ.
Nevada Bar No.15827
1160 N. Town Center Drive, Suite 250
Las Vegas, Nevada 89144
*Attorney for Defendant*




DIMOPOULOS INJURY LAW

CASE NO.:  2:26-cv-01067-BNW

**<u>ORDER</u>**

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Request for NRCP 35 Examination, with Holman Chan, M.D. on July 15, 2026, at 7:30 a.m., subject to the attached parameters, is hereby GRANTED.

_____

UNITED STATES MAGISTRATE JUDGE
DATED: June 26, 2026

Respectfully submitted by:

**DIMOPOULOS INJURY LAW**

*/s/ Samantha A. Martin*

_____
SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
400 S. 7th Street, Suite 400
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

DIMOPOULOS
INJURY LAW